COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| ISELA PENA GARCIA, | § | No. 08-18-00129-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Reeves County, Texas |
| State. | § | (TC# 17-07-08169-CRR) |
| | § | |

## **O R D E R**

Pending before the Court is Appellant's motion requesting appointment of counsel. The trial court appointed counsel to represent Appellant on appeal, and that attorney filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), stating that Appellant's appeal is frivolous. In accordance with the procedures established in *Anders*, counsel also filed a motion to withdraw as appellate counsel. The Court will not rule on the motion to withdraw until it has had an opportunity to complete an independent review of the record and the briefs. Appellant is entitled to review the record and file her own brief with the Court (referred to as Appellant's *pro se* brief). The *pro se* brief is currently due to be filed on March 9, 2019. Appellant is not entitled to have another attorney appointed to assist her in preparing the *pro se* brief. Appellant's motion for appointment of counsel is DENIED.

IT IS SO ORDERED this 14th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.